**Jon M. Egan**, OSB 002467
Jegan@eganlegalteam.com
Jon M. Egan, PC
547 Fifth Street
Lake Oswego, OR 97034-3009
Telephone:  (503) 697-3427
Fax: (866) 311-5629
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICAYLE TESTER**,<br><br>        Plaintiff,<br><br>    vs.<br><br>**NO BONES HOSPITALITY OREGON, LLC**, an Oregon limited liability company, and **MACKENZIE DEVITO**, an individual,<br><br>        Defendants. | Case No. 3:17-cv-01151-MO<br><br>NOTICE OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Micayle Tester hereby gives notice that the above-captioned action against defendants No Bones Hospitality Oregon, LLC and MacKenzie De Vito is voluntarily dismissed with prejudice, without costs or attorney fees to any party and with no right of appeal.

DATED this 24th day of November, 2017

                    JON M. EGAN, P.C.

                    *s/ Jon M. Egan*
                    _____
                    JON M. EGAN, OSB # 002467
                    Attorney for Plaintiff